**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

MARIA DE LA LUZ GUTIERREZ,            §
                                      §
        Plaintiff,                    §    Civil Action
                                      §    No. C-07-280
v.                                    §
                                      §
PFIZER, INC., et al.,                 §
                                      §
        Defendants.                   §

**ORDER**

On this day came on to be considered Defendant Pfizer Inc.'s ("Pfizer") motion to stay the above-styled action pending transfer of this case to MDL 1699 (D.E. 5).

The Court hereby GRANTS Pfizer's motion to stay, and this case is STAYED pending a decision by the Judicial Panel on Multidistrict Litigation on transfer of the above-styled action to MDL 1699, In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation.[1]

SIGNED and ENTERED this 16th day of July, 2007.

_____
        Janis Graham Jack
    United States District Judge

_____

[1]The Court notes that as of the present date, Plaintiff has not filed a motion to remand in the above-styled action. The Court hereby ORDERS that this stay includes, but is not limited to, any future remand motion filed by the Plaintiff in this case.