OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard W. Wieking  
    Clerk

450 Golden Gate Avenue  
San Francisco, CA 94102  
415.522.2000

October 23rd, 2007

Southern District of Texas  
1133 N. Shorline  
Corpus Christi, TX 78401

    Re: MDL 05-1699 In re Bextra & Celebrex Marketing, Sales Practices & Products Liability Lit.

Title of Case(s)       Your Case Number(s)  
*Maria De La Luz Gutierrez -v- Pfizer Inc.*      C.A. No. 2:07-280

Dear Clerk:

    Enclosed is a certified copy of the order from the Judicial panel on Multidistrict Litigation transferring the above entitled action to the Northern District of California, San Francisco Division. The case has been assigned to the Honorable Charles R. Breyer for coordinated or consolidated pretrial processing pursuant to 28 USC §1407.

    Please forward the original record and a certified copy of the docket entries in the case listed above along with the enclosed copy of this transmittal letter to:

United States District Court  
Northern District of California  
450 Golden Gate Avenue, P.O. Box 36060  
San Francisco, CA 94102  
Attn: Simone Voltz

    If the case is an electronic case filing please do one of the following: 1) e-mail the PDF documents, as separate PDF files, including a PDF copy of the docket sheet to Sfmdl_Clerk@cand.uscourts.gov; 2) provide us with a temporary log in and a password to directly access your database and to expedite the downloading of the PDF files we need and/or require, or, if you prefer, on a disc. We appreciate your prompt attention to this matter.

Sincerely yours,  
Richard W. Wieking, Clerk

*Simone Voltz*

By: Simone Voltz  
Deputy Clerk

Encl.

Case 3:07-cv-05542-CRB    Document 1-4    Filed 10/31/2007    Page 2 of 2