| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| RECUSAL ORDER | Case Number: | CA C-07-280 |
|---|---|---|
| **Style** | Maria De La Luz Gutierrez<br>v<br>Pfizer Inc., et al., | |
| **ORDER** | I remove myself from this case. Deadlines in scheduling orders continue in effect. Court settings are vacated. Counsel must notify the new case manager of pending motions by letter within ten days of receipt of this order. | |
| | *Signed:*<br>*[signature]*<br>HAYDEN HEAD<br>Chief Judge | |
| | Date: | 7/6/07 |

| REASSIGNMENT | This case is reassigned to: |
|---|---|
| | HONORABLE JANIS GRAHAM JACK |
| | MICHAEL N. MILBY<br>United States District Clerk |
| | By: *[signature]* Lori Cayce<br>Deputy Clerk |
| | Date: July 6, 2007 |